# EXHIBIT 1



# SHAYLA C. RICHBERG
MANAGING PARTNER

919.403.2444 | Phone • 919.869.1440 | Fax

July 9, 2024

Inlivian
400 East Boulevard
Charlotte, NC 28203

**RE: Housing Records Requests**

Dear Custodian of Records:

    My firm represents Patricia Jackson, Jeffrey L. Young, Lawonia T. Ferrell, Querida A. Shelton, Ronessia Byers, Yolanda L. Alexander, and Linda Bell. Please allow this letter to serve as our official request to receive copies of our above client's housing files, including but not limited to all applications and correspondences from your office regarding their application and participation in Inlivian's CORE Homeownership program and FSS programs. Enclosed are signed waivers authorizing said disclosure.

    If you have any questions, please contact our office.

Sincerely,

Shayla C. Richberg

cc: Edward S. Schenk
    301 Fayetteville Street
    Suite 1700
    Raleigh, NC 27601

Email | DefendMe@RichbergLaw.com
3326 Durham-Chapel Hill Blvd. B-120A | Durham NC 27707