**EXHIBIT 1**

# Registered Agent
## *Harriet Huell*

Show [ 25 ▼ ] entries

| Name | SosId | Type | Status | Date Formed | Annual Report |
|---|---|---|---|---|---|
| C.O.R.E. Programs, Inc. | 0612388 | Non-Profit Corporation | Current-Active | 12/7/2001 | |
| FWP Recap Phase I, LLC | 2259155 | Limited Liability Company | Current-Active | 8/27/2021 | File Report |
| HDP - Montgomery Nia Recap, LLC | 2374963 | Limited Liability Company | Current-Active | 3/14/2022 | File Report |
| HDP FWP Recap Phase I, LLC | 2259154 | Limited Liability Company | Current-Active | 8/27/2021 | File Report |
| HDP Grove Place, LLC | 1599722 | Limited Liability Company | Current-Active | 6/2/2017 | File Report |
| HDP Oak Valley, LLC | 1596196 | Limited Liability Company | Current-Active | 5/18/2017 | File Report |
| HDP-Archdale Flats Seniors GP, LLC | 1894194 | Limited Liability Company | Current-Active | 9/18/2019 | File Report |
| HDP-ECG Ashley GP, LLC | 2080175 | Limited Liability Company | Current-Active | 11/9/2020 | File Report |
| Nia Point Recap, LLC | 2405940 | Limited Liability Company | Current-Active | 5/2/2022 | File Report |
| Springfield Gardens, LLC | 0744137 | Limited Liability Company | Current-Active | 9/17/2004 | File Report |

Showing 1 to 10 of 10 entries     Previous  1  Next

# Actions

Add all listed entites to my email notification list

**EXHIBIT 1**

Registered Agent

*Harriet Huell*

Show  All ⌄  entries

| Name | SosId | Type | Status | Date Formed | Annual Report |
|---|---|---|---|---|---|
| Blue Horizon Management Company | 1533347 | Non-Profit Corporation | Current-Active | 7/27/2016 | |
| Horizon Development Properties, Inc. | 0584258 | Non-Profit Corporation | Current-Active | 3/14/2001 | |
| INLIVIAN | 0251990 | Municipal | Current-Active | 12/21/1938 | |
| LR Charlotte Limited Partnership | 0641036 | Limited Partnerships | Current-Active | 8/7/2002 | |
| Arbor Glen II, LLC | 0643763 | Limited Liability Company | Current-Active | 8/29/2002 | File Report |
| Arbor Glen III, LLC | 0687930 | Limited Liability Company | Current-Active | 8/21/2003 | File Report |
| Fairview Multifamily LLC | 0578106 | Limited Liability Company | Current-Active | 1/22/2001 | File Report |
| HDP 940 Brevard, LLC | 1549354 | Limited Liability Company | Current-Active | 10/12/2016 | File Report |
| HDP Arbor Glen 50, LLC | 1548816 | Limited Liability Company | Current-Active | 10/11/2016 | File Report |
| HDP Arbor Glen I, LLC | 1548820 | Limited Liability Company | Current-Active | 10/11/2016 | File Report |
| HDP Arbor Glen II, LLC | 1548825 | Limited Liability Company | Current-Active | 10/11/2016 | File Report |
| HDP Arbor Glen III, LLC | 1548826 | Limited Liability Company | Current-Active | 10/11/2016 | File Report |
| HDP Autumn Place, LLC | 1530190 | Limited Liability Company | Current-Active | 7/12/2016 | File Report |
| HDP Cedar Knoll, LLC | 1537462 | Limited Liability Company | Current-Active | 8/16/2016 | File Report |
| HDP Charlottetown Edwin, LLC | 1531816 | Limited Liability Company | Current-Active | 7/20/2016 | File Report |
| HDP Claremont, LLC | 1535832 | Limited Liability Company | Current-Active | 8/9/2016 | File Report |

**EXHIBIT 1**

| Name | SosId | Type | Status | Date Formed | Annual Report |
|---|---|---|---|---|---|
| HDP Fairmarket Square, LLC | 1530056 | Limited Liability Company | Current-Active | 7/12/2016 | File Report |
| HDP Gladedale, LLC | 1535830 | Limited Liability Company | Current-Active | 8/9/2016 | File Report |
| HDP Glen Cove, LLC | 1539589 | Limited Liability Company | Current-Active | 8/25/2016 | File Report |
| HDP Guaranty Company, LLC | 1549408 | Limited Liability Company | Current-Active | 10/13/2016 | File Report |
| HDP Hampton Creste, LLC | 1539594 | Limited Liability Company | Current-Active | 8/25/2016 | File Report |
| HDP Leafcrest, LLC | 1535824 | Limited Liability Company | Current-Active | 8/9/2016 | File Report |
| HDP Mallard Ridge, LLC | 1535823 | Limited Liability Company | Current-Active | 8/9/2016 | File Report |
| HDP McAlpine, LLC | 1539629 | Limited Liability Company | Current-Active | 8/25/2016 | File Report |
| HDP McMullen Wood, LLC | 1540515 | Limited Liability Company | Current-Active | 8/31/2016 | File Report |
| HDP Meadow Oaks, LLC | 1535821 | Limited Liability Company | Current-Active | 8/9/2016 | File Report |
| HDP Montgomery Gardens, LLC | 1548827 | Limited Liability Company | Current-Active | 10/11/2016 | File Report |
| HDP Nia Point, LLC | 1548828 | Limited Liability Company | Current-Active | 10/11/2016 | File Report |
| HDP Park at Oaklawn, LLC | 1548834 | Limited Liability Company | Current-Active | 10/11/2016 | File Report |
| HDP Robinsdale, LLC | 1535263 | Limited Liability Company | Current-Active | 8/5/2016 | File Report |
| HDP Savanna Woods, LLC | 1535752 | Limited Liability Company | Current-Active | 8/9/2016 | File Report |
| HDP Seneca Woods, LLC | 1539633 | Limited Liability Company | Current-Active | 8/25/2016 | File Report |
| HDP Southside Homes, LLC | 1531819 | Limited Liability Company | Current-Active | 7/20/2016 | File Report |
| HDP Springfield Gardens, LLC | 1548835 | Limited Liability Company | Current-Active | 10/11/2016 | File Report |
| HDP Sunridge, LLC | 1535756 | Limited Liability Company | Current-Active | 8/9/2016 | File Report |

**EXHIBIT 1**

| Name | SosId | Type | Status | Date Formed | Annual Report |
|---|---|---|---|---|---|
| HDP Tarlton Hills, LLC | 1535759 | Limited Liability Company | Current-Active | 8/9/2016 | File Report |
| HDP Valleyview, LLC | 1597496 | Limited Liability Company | Current-Active | 5/24/2017 | File Report |
| HDP Victoria Square, LLC | 1535761 | Limited Liability Company | Current-Active | 8/9/2016 | File Report |
| HDP Wallace Woods, LLC | 1535765 | Limited Liability Company | Current-Active | 8/9/2016 | File Report |
| HDP Woodlawn House, LLC | 1530191 | Limited Liability Company | Current-Active | 7/12/2016 | File Report |
| HDP-Abbington on Mount Holly Manager, LLC | 2040756 | Limited Liability Company | Current-Active | 9/1/2020 | File Report |
| HDP-Archdale Flats Family GP, LLC | 1893371 | Limited Liability Company | Current-Active | 9/17/2019 | File Report |
| HDP-Arrowood Manager, LLC | 2041032 | Limited Liability Company | Dissolved | 9/1/2020 | |
| HDP-ECG Freedom GP, LLC | 1969094 | Limited Liability Company | Current-Active | 3/31/2020 | File Report |
| HDP-PM, LLC | 1455679 | Limited Liability Company | Current-Active | 7/1/2015 | File Report |
| HDP-TO, LLC | 1468163 | Limited Liability Company | Current-Active | 9/4/2015 | File Report |
| Mayfield Terrace, LLC | 0741319 | Limited Liability Company | Current-Active | 8/30/2004 | File Report |
| Mill Pond Charlotte, LLC | 1168589 | Limited Liability Company | Current-Active | 9/24/2010 | File Report |
| Montgomery Nia Recap, LLC | 2380198 | Limited Liability Company | Current-Active | 3/21/2022 | File Report |
| New Dalton IA LLC | 0566435 | Limited Liability Company | Current-Active | 10/9/2000 | File Report |
| Park and Marsh Seniors, LLC | 1401495 | Limited Liability Company | Current-Active | 9/17/2014 | File Report |
| SP Manager, LLC | 1216962 | Limited Liability Company | Current-Active | 8/12/2011 | File Report |
| Strawn Parktowne, LLC | 1137167 | Limited Liability Company | Current-Active | 2/19/2010 | File Report |
| Tall Oaks Redevelopment, LLC | 1468164 | Limited Liability Company | Current-Active | 9/4/2015 | File Report |

**EXHIBIT 1**

| Name | SosId | Type | Status | Date Formed | Annual Report |
|---|---|---|---|---|---|
| The Lofts, LLC | 1166409 | Limited Liability Company | Current-Active | 9/8/2010 | File Report |
| Horizon Acquisition Corp. | 0586381 | Business Corporation | Current-Active | 3/30/2001 | File Report |

Showing 1 to 56 of 56 entries            Previous   1   Next

## Actions

Add all listed entites to my email notification list

**EXHIBIT 1**

## Registered Agent

*Harriet Huell*

Show | 25 ⌄ | entries

| Name | SosId | Type | Status | Date Formed | Annual Report |
|---|---|---|---|---|---|
| Montgomery Gardens Recap, LLC | 2398601 | Limited Liability Company | Current-Active | 4/20/2022 | File Report |

Showing 1 to 1 of 1 entries     Previous | 1 | Next

## Actions

Add all listed entites to my email notification list

**EXHIBIT 1**

## Registered Agent

*Harriet Huell*

Show | 25 ⌄ | entries

| Name | SosId | Type | Status | Date Formed | Annual Report |
|---|---|---|---|---|---|
| 8T Affordable Partners, LLC | 2538813 | Limited Liability Company | Current-Active | 12/12/2022 | File Report |

Showing 1 to 1 of 1 entries          Previous  1  Next

## Actions

Add all listed entites to my email notification list

**EXHIBIT 1**

## Registered Agent
*Harriet Huell*

Show [25 ▾] entries

| Name | SosId | Type | Status | Date Formed | Annual Report |
|---|---|---|---|---|---|
| HDP Alleghany GP, LLC | 2719251 | Limited Liability Company | Current-Active | 10/6/2023 | File Report |

Showing 1 to 1 of 1 entries        Previous   1   Next

## Actions

Add all listed entites to my email notification list

**EXHIBIT 1**

# Registered Agent
*Harriet Huell*

Show [25 ▾] entries

| Name | SosId | Type | Status | Date Formed | Annual Report |
|------|-------|------|--------|-------------|---------------|
| 8th and Tryon AUOE, LLC | 2257361 | Limited Liability Company | Current-Active | 8/25/2021 | File Report |
| 8th and Tryon MROE, LLC | 2257362 | Limited Liability Company | Current-Active | 8/25/2021 | File Report |
| HDP - 8T Market Member, LLC | 2407777 | Limited Liability Company | Current-Active | 5/4/2022 | File Report |
| HDP 8th and Tryon AUOE GP, LLC | 2244020 | Limited Liability Company | Current-Active | 8/3/2021 | File Report |
| HDP 8th and Tryon MROE GP, LLC | 2244017 | Limited Liability Company | Current-Active | 8/3/2021 | File Report |
| Seigle 60, LLC | 0771458 | Limited Liability Company | Current-Active | 3/13/2005 | File Report |

Showing 1 to 6 of 6 entries                                          Previous   1   Next

# Actions

Add all listed entites to my email notification list

**EXHIBIT 1**

## Registered Agent

*Harriet Huell*

Show | 25 ⌄ | entries

| Name | SosId | Type | Status | Date Formed | Annual Report |
|---|---|---|---|---|---|
| HDP-Prosperity Seniors, LLC | 2759847 | Limited Liability Company | Current-Active | 12/20/2023 | File Report |

Showing 1 to 1 of 1 entries      Previous   1   Next

## Actions

Add all listed entites to my email notification list

**EXHIBIT 1**

## Registered Agent

# Harriet L. Huell

Show | 25 | entries

| Name | SosId | Type | Status | Date Formed | Annual Report |
|---|---|---|---|---|---|
| HDP Ballantyne GP, LLC | 2784260 | Limited Liability Company | Current-Active | 2/6/2024 | File Report |

Showing 1 to 1 of 1 entries          Previous    1    Next

## Actions

Add all listed entites to my email notification list

**EXHIBIT 1**

## Registered Agent

*Harriet Huell*

Show [25 ▼] entries

| Name | SosId | Type | Status | Date Formed | Annual Report |
|---|---|---|---|---|---|
| HDP-Prosperity Seniors, LLC | 2759847 | Limited Liability Company | Current-Active | 12/20/2023 | File Report |

Showing 1 to 1 of 1 entries                                                                 Previous   1   Next

## Actions

Add all listed entites to my email notification list

**EXHIBIT 1**

## Registered Agent
*Harriett Huell*

Show [25 ▾] entries

| Name | SosId | Type | Status | Date Formed | Annual Report |
|---|---|---|---|---|---|
| FIRST WARD PLACE, LLC | 0426854 | Limited Liability Company | Current-Active | 5/13/1997 | File Report |
| HDP Dillehay Courts Phase I GP, LLC | 2106293 | Limited Liability Company | Current-Active | 1/6/2021 | File Report |

Showing 1 to 2 of 2 entries          Previous   1   Next

## Actions

Add all listed entites to my email notification list