UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:23-CV-846- MOC-SCR

| TONYA LIGHTNER | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | DEFENDANTS' MOTION TO DISMISS |
| | ) | PLAINTIFF'S AMENDED |
| INLIVIAN, formally known as the | ) | COMPLAINT [DE-49] |
| CHARLOTTE HOUSING AUTHORITY; | ) | |
| C.O.R.E. PROGRAMS, INC.; and | ) | |
| MONICA NATHAN, in her | ) | |
| individual and official capacity; | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME, Defendants Inlivian, formally known as the Charlotte Housing Authority ("Inlivian"), C.O.R.E. Programs, Inc. ("CORE"), and Monica Nathan ("Nathan") (collectively "Defendants"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.1, hereby respectfully move this Court to dismiss with prejudice the Amended Complaint of Plaintiff Tonya Lightner [DE-49] in that the claims pled in the Amended Complaint fail to state a claim upon which relief can be granted. The specific grounds and authorities in support of this Motion are set forth in Defendants' Memorandum in Support of their Motion to Dismiss filed contemporaneously herewith.

WHEREFORE, Defendants respectfully requests that this Court enter an order granting their Motion to Dismiss Plaintiff's Amended Complaint [DE-49], dismiss Plaintiff's Amended Complaint with prejudice, and award Defendants such additional relief as the Court deems appropriate.

1

This the 2nd day of December, 2024.

    *s/ Jeremy Stephenson*
Jeremy A. Stephenson
NC State Bar No. 34623
Lewis Brisbois Bisgaard & Smith
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28202
Email: jeremy.stephenson@lewisbrisbois.com
Attorney for Defendants

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was delivered to all counsel on record by submitting it via electronic mail to the following addressed below:

    Shayla C. Richberg
    3326 Durham-Chapel Hill Blvd., B-120A
    Durham, North Carolina 27707
    Email: defendme@richberglaw.com

This the 2nd day of December, 2024.

                                                              __s/ *Jeremy Stephenson*_____
                                                              Jeremy A. Stephenson

3
Case 3:23-cv-00846-MOC-SCR  Document 52  Filed 12/02/24  Page 3 of 3