UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CV-846-MOC-SCR

TONYA LIGHTNER,                        )
                                       )
         Plaintiff,                    )
                                       )
v.                                     )
                                       )    JURY VERDICT FORM
                                       )
INLIVIAN, f/n/a the                    )
CHARLOTTE HOUSING AUTHORITY            )
MONICA NATHAN, IN HER                  )
INDIVIDUAL AND OFFICIAL                )
CAPACITY and C.O.R.E.                  )
PROGRAMS INC.                          )
                                       )
         Defendants.                   )

## LIABILITY AS TO MONICA NATHAN

1. **Retaliation under 1983 v. Monica Nathan Individually**

   a. Did Defendant Nathan retaliate against Plaintiff for engaging in protected First Amendment activity?

   Yes _____     No ✓

2. **Hostile Work Environment under Section 1983 against Monica Nathan Individually**

   a. Was Plaintiff subjected to a hostile work environment by Defendant Nathan?

   Yes ✓     No _____

1

3. **Constructive Discharge under Section 1983 against Monica Nathan Individually**

   a. Was Plaintiff constructively discharged as a result of Defendant Nathan's conduct?

   Yes ✓      No _____

If you answered yes to Questions 1, 2, or 3, what is the amount of damages as to Defendant Nathan?

$1.00

If you answered NO to all of these questions, you do not need to reach the issue of negligent supervision and retention.

## LIABILITY AS TO INLIVIAN AND CORE PROGRAMS, INC.

4. **Negligent Supervision, against Defendants Inlivian and CORE Programs, Inc.**

   a. Did Plaintiff prove that Defendants Inlivian and Core Programs, Inc. are liable for negligent supervision and retention?

   Yes ✓      No _____

5. **If you answered yes to Questions 4, what is the amount of damages as to Defendant Inlivian and CORE Programs, Inc.?**

   $2,346,507.10

FOREPERSON

Date: 8/25/2025

Sign Name: ███████████

Print Name: ███████████